EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
MARK G. McCONNELL
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00425 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. § 2252 |
| | ) | [Sexual Exploitation of |
| JENNIFER Z. HOLLAND, | ) |   Children] |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

On or about August 3, 1998, in the District of Hawaii, JENNIFER Z. HOLLAND did knowingly possess a computer hard drive which contained visual depictions of minors engaged in sexually explicit conduct, with JENNIFER Z. HOLLAND knowing that the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and that such depictions

were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4)(B).

DATED: Honolulu, Hawaii, October 23, 2002.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney
MARK G. McCONNELL
Special Assistant U.S. Attorney

United States v. Jennifer Z. Holland
"Indictment"
Cr. No. _____